No. 00-9340. ANDERSON v. DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 00-9342. JOHNSON v. WELBORN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00-9345. DANIELS v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00-9347. THOMAS v. WELBORN, CLERK, 19TH JUDICIAL DISTRICT COURT, LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 00-9350. WASHINGTON v. ARIZONA. Super. Ct. Ariz., Yuma County. Certiorari denied.

No. 00-9354. PARHAM v. YOUNG, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 00-9355. McLAUGHLIN v. LAMBERT, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 00-9358. RICHARDSON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 00-9360. BARNETT v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 00-9363. DICKENS v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 00-9365. BAYRAMOGLU v. HAMLET, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00-9366. GOVAN v. BOSTON UNIVERSITY ET AL. C. A. 1st Cir. Certiorari denied.

No. 00-9367. HARRINGTON v. JACKSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00-9370. HILL v. NEW MEXICO. Sup. Ct. N. M. Certiorari denied.

No. 00-9371. GLADSTONE v. HASTINGS ET AL. C. A. 11th Cir. Certiorari denied.